IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Crim. No. CCB-12-22 |
| TERENCE DELLY | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM AND ORDER**

Now pending is Terence Delly's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF 108). Delly argues that there exists an extraordinary and compelling reason for release, which he states is described in an attachment to his motion, but the only attachment to his motion is a copy of part of the First Step Act of 2018. The court thus does not know the basis of Delly's motion. Further, Delly has not provided any evidence that he has presented his claim to the Bureau of Prisons as is required for administrative exhaustion.

Accordingly, Delly's request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), (ECF 108), is DENIED WITHOUT PREJUDICE.

So Ordered this __26th__ day of August, 2020.

_____/S/_____
Catherine C. Blake
United States District Judge

1